UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23620-CIV-UNGARO

DAVID BROWN,
    Plaintiff,

v.

HARVEY RUVIN, CLERK OF COURT,
    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* Complaint, brought pursuant to 42 U.S.C. § 1983.  The matter was referred to Magistrate Judge Patrick A. White, who, on December 29, 2009, issued a Report recommending that the Petitioner's petition be denied pursuant to 28 U.S.C. § 1915 for failure to state a claim upon which relief may be granted.  (D.E. 13.)  The Petitioner did not file objections to the Magistrate Judge's report, and the matter is now ripe for review.  Having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

DONE and ORDERED in Chambers, at Miami, Florida this 22d day of January, 2010

                                                    _____
                                                    URSULA UNGARO
                                                    UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record
David Brown, *pro se*